JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN RANGEL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 20-11440-GW-ASx<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>*Assigned for all purposes to the Hon. George H. Wu* |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff, Cristian Rangel ("Plaintiff"), having accepted Defendant Ford Motor Company's ("Ford" or "Defendant") Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, submits the following Proposed Judgment:

1. Judgment is entered in favor of Plaintiff and against Defendant in the sum of $54,775.16. Ford will pay this amount within seven ("7") days after Plaintiff delivers the Subject Vehicle to Ford.

2. Plaintiff will deliver the 2016 Ford Flex ("Subject Vehicle") to Ford on a date, time, and place mutually agreeable no later than ninety ("90") days from the date this Judgment is entered.

3. Plaintiff will surrender the Subject Vehicle with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which Ford will discharge itself by payment from the proceeds of the amount

enumerated in paragraph 1.

4. Plaintiff's attorneys' fees and costs will be paid pursuant to Civil Code Section 1794(d), to be determined by this Court to have been reasonably incurred by Plaintiff in connection with the commencement and prosecution of this action.

5. Ford waives all claims it may have for costs and fees.

Dated: January 4, 2021

*HON. GEORGE H. WU,*
United States District Judge